# EXHIBIT A

Exhibit A
90 Day Disbursements
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 08/22/17 | 09/06/17 | 61591 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT AUG | $ 975.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 09/07/17 | 09/27/17 | 62233 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT SEP 8 DAYS | 260.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 09/07/17 | 09/27/17 | 62232 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - RETURN | 180,000.00 |
| | | | | | | | $ 181,235.00 |