# EXHIBIT B

Exhibit B
Net Winner Transactions
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Disburseme |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 02/16/16 | 03/08/16 | 29296 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 PINE CREST DRIVE, CO - INT FEB 24 DAYS | $ 780 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 03/21/16 | 04/06/16 | 31704 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT MAR | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 04/18/16 | 05/03/16 | 33876 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT APR | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 05/16/16 | 06/08/16 | 36928 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR-INT MAY | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 06/20/16 | 07/08/16 | 38844 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT JUN | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 07/18/16 | 08/08/16 | 40659 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT JUL | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 08/22/16 | 09/08/16 | 42427 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT AUG | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 09/20/16 | 10/05/16 | 44131 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT SEP | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 10/25/16 | 11/02/16 | 45886 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT OCT | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 11/15/16 | 12/05/16 | 47621 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT NOV | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 12/13/16 | 01/04/17 | 49242 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT DEC | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 01/17/17 | 02/01/17 | 51041 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT JAN | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 02/14/17 | 03/07/17 | 52628 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT FEB | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 03/21/17 | 04/04/17 | 54207 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT MAR | 975 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 04/18/17 | 05/02/17 | 55718 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT APR | 975. |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 05/16/17 | 06/05/17 | 57240 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT MAY | 975. |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 06/20/17 | 07/05/17 | 58729 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT JUN | 975. |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 07/18/17 | 08/02/17 | 60674 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT JUL | 975. |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 08/22/17 | 09/06/17 | 61591 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT AUG | 975. |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 09/07/17 | 09/27/17 | 62233 | MARK L CUTLER CHARITABLE REMAINDER TRUST | MTG3 MZ PINE CREST DR, CO - INT SEP 8 DAYS | 260. |
| | | | | | | | $ 18,590. |